UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE PONTIUS EBEL,<br><br>                                  Plaintiff,<br><br>         -against-<br><br>G/O MEDIA INC., ONION, INC., GREAT HILL PARTNERS, LP, and JAMES SPANFELLER, individually,<br><br>                                  Defendants. | Case No. 20-CV-7483<br><br>**DEFENDANT G/O MEDIA INC.'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]** |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for G/O Media, Inc. represents that G/O Media's parent company is Great Hill Partners.

Dated: New York, New York
         November 20, 2020

                                      Respectfully submitted,

                                      JACKSON LEWIS P.C.
                                      666 Third Avenue
                                      New York, New York 10017
                                      (212) 545-4000
                                      Wendy.Mellk@jacksonlewis.com
                                      Catherine.Tucciarello@jackonlewis.com

                           By:     /s/ Wendy J. Mellk
                                        Wendy J. Mellk
                                        Catherine R. Tucciarello

                                        *Attorneys for Defendant*
                                        *G/O Media, Inc.*

4832-3151-2530, v. 1