UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE PONTIUS EBEL,

    Plaintiff,

-against-

G/O MEDIA INC., ONION, INC., GREAT HILL PARTNERS, LP, and JAMES SPANFELLER, individually,

    Defendants.

Case No. 20-CV-7483

**DEFENDANT G/O MEDIA INC.'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for the Onion Inc. represents it is a wholly owned subsidiary of G/O Media, Inc.

Dated: New York, New York
November 20, 2020

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000
Wendy.Mellk@jacksonlewis.com
Catherine.Tucciarello@jackonlewis.com

By:   /s/ Wendy J. Mellk
    Wendy J. Mellk
    Catherine R. Tucciarello

*Attorneys for Defendant Onion, Inc.*

4838-0652-5650, v. 1