UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE PONTIUS EBEL,

     *Plaintiff*,

-against-

G/O MEDIA INC., ONION, INC., *and* JAMES SPANFELLER, *individually*,

     *Defendants*.

Case No. 20-CV-7483

**NOTICE OF MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS**

   **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Plaintiff Katherine Pontius Ebel shall move before the Honorable Paul A. Engelmayer, U.S.D.J., United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order dismissing Defendants' Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: Brooklyn, New York
    December 30, 2020

            Respectfully submitted,

            CRUMILLER P.C.

            By: *Julia Elmaleh-Sachs*
            Julia Elmaleh-Sachs
            Susan K. Crumiller
            16 Court St, Ste 2500
            Brooklyn, NY 11241
            (212) 390-8480
            Attorneys for Plaintiff