UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE PONTIUS EBEL,<br><br>           Plaintiff,<br>    -v-<br><br>G/O MEDIA, INC., et al.,<br><br>           Defendants. | 20 Civ. 7483 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On December 30, 2020, plaintiff filed a motion to dismiss the defendants' counterclaims under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 34. Accordingly, it is hereby ORDERED that defendants, if they still intend to pursue those counterclaims,[1] shall serve any opposition to the motion to dismiss by January 20, 2021. Plaintiff's reply, if any, shall be served by February 3, 2021. At the time any reply is served, the moving party shall supply the Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

  SO ORDERED.

                        PAUL A. ENGELMAYER
                       United States District Judge

Dated: January 4, 2021
   New York, New York

---

[1] Defendants' counterclaims were included in their original answer, Dkt. 29, but not their answer to plaintiff's first amended complaint, Dkt. 31. Until defendants indicate otherwise, the Court, like plaintiff, will construe defendants' counterclaims as surviving the filing of plaintiff's first amended complaint and their answer to that complaint. Defendants are directed forthwith to file a letter on the docket of this case reporting whether they intend to pursue the counterclaims.