UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHERINE PONTIUS EBEL,

                         Plaintiff,

         -v-

G/O MEDIA, INC., ONION, INC., and JAMES SPANFELLER, individually,

                         Defendants.

20 Civ. 7483 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from defendants and counterclaim-plaintiffs G/O Media, Inc. and Onion, Inc., seeking reconsideration of the Court's dismissal of their counterclaims and leave to amend those counterclaims. Dkt. 51. Plaintiff Katherine Pontius Ebel is directed to file a response to that motion by **June 14, 2021**. The Court does not invite any reply.

SO ORDERED.

                                                   *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: June 7, 2021
       New York, New York