

# CRUMILLER P.C.

October 29, 2021

*VIA ECF*
Honorable Judge Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE: *Pontius Ebel v. G/O Media, Inc. et al.*, 1:20-cv-07483

Dear Judge Engelmayer:

      This firm represents Plaintiff Katherine Pontius Ebel and writes with Defendants' consent to respectfully request an extension from October 29 to November 1, 2021 to submit Plaintiff's pre-motion conference letter pursuant to Rule III(A) of Your Honor's Individual Practices and Fed. R. Civ. P. 56. This is Plaintiff's first request for an extension of this deadline.

      We thank the Court in advance for its time and consideration in this matter.

      Respectfully Submitted,

      */s/ Julia Elmaleh-Sachs*
      Julia Elmaleh-Sachs

Granted. Plaintiff's pre-motion letter shall be due November 1, 2021.
    SO ORDERED.

      */s/ Paul A. Engelmayer*
      PAUL A. ENGELMAYER
      United States District Judge
      October 29, 2021