UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PONTIUS EBEL,

                              Plaintiff,

-v-

G/O MEDIA, INC. ET AL,

                             Defendants.

20 Civ. 7483 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A case management conference is scheduled for November 17, 2021 at 2:00 p.m. Dkt. 62. That conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: November 12, 2021
       New York, New York