UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE PONTIUS EBEL,

                                Plaintiff,

-v-

G/O MEDIA, INC., ONION, INC., and JAMES
SPANFELLER, individually,

                                Defendants.

20 Civ. 7483 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Following a pre-motion conference held today, November 17, 2021, the Court sets the

following briefing schedule for the parties' proposed summary judgment cross-motions:

1. The parties' joint stipulated facts ("JSF") are due **December 15, 2021**.

2. Defendants' brief in support of summary judgment is due **January 12, 2022**.

3. Plaintiff's brief in opposition to defendants' motion, and in support of plaintiff's motion

   for summary judgment, is due **February 2, 2022**.

4. Defendants' reply brief in support of its motion for summary judgment, and in opposition

   to plaintiff's motion for summary judgment, is due **February 23, 2022**.

5. Plaintiff's reply brief in support of its motion for summary judgment is due **March 9,**

   **2022**.

During today's conference, the Court also granted the parties' request to defer expert

discovery pending the resolution of the summary judgment cross-motions.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 17, 2021
      New York, New York