UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE PONTIUS EBEL,

                              Plaintiff,

          -v-

G/O MEDIA, INC. ET AL,

                             Defendants.

20 Civ. 7483 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    I have been notified that one of the defendants in this case, James Spanfeller, is a relative of Jeh C. Johnson, Esq., who is a personal friend of mine of long standing. I do not believe that this circumstance merits my recusal under 28 U.S.C. § 455(a) or otherwise. I am, however, notifying counsel of this fact to enable counsel to notify the Court in the event that any party takes a different view or requires additional information.

    SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: January 25, 2022
         New York, New York