**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KATHERINE PONTIUS EBEL,

                          Plaintiff,

               -v-                                               20 **CIVIL** 7483 (PAE)

                                                                           **<u>JUDGMENT</u>**

G/O MEDIA, INC, ONION, INC., and JAMES
SPANFELLER,

                        Defendants.
-----------------------------------------------------------X
G/O MEDIA, INC, ONION, INC., and JAMES
SPANFELLER,

                        Counter-Claimants,

               -v-

KATHERINE PONTIUS EBEL,

                        Counter-Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 30, 2022, defendants' motions for summary judgment are granted as to Pontius's federal claims under Title VII and the Equal Pay Act. Pontius's remaining claims, all brought under state statutory or common law, and defendants' breach of contract counterclaim, are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        July 5, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                              **BY:**    *K. Mango*

                                                            **Deputy Clerk**